[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-11376
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 2, 2005
THOMAS K. KAHN
CLERK

D. C. Docket No. 90-00138-CR-WS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CEDRIC BERNARD JACKSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(September 2, 2005)

Before ANDERSON, BLACK and PRYOR, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Cedric Bernard Jackson in

this direct criminal appeal, has moved to withdraw from further representation of

Jackson because, in her view, Jackson's appeal has no merit. Counsel has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is GRANTED and the revocation of Jackson's supervised release and 24-month sentence are AFFIRMED.